## Mikey Dale FORREST *v.* STATE of Arkansas

CR 97-1311                                    955 S.W.2d 187

### Supreme Court of Arkansas
### Opinion delivered December 4, 1997

*Greg Robinson*, for appellant.

No response.

PER CURIAM. Petitioner, Mikey Dale Forrest, by his attorney, Greg Robinson, has filed a motion for rule on the clerk. His attorney admits that the record in this case was tendered late due to a mistake on his part.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See Terry v. State*, 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

A copy of this opinion will be forwarded to the Committee on Professional Conduct. *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964.